UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

    Plaintiff,

  v.

SACRAMENTO COUNTY SHERIFF,

    Defendant.

No. 2:16-cv-2537-EFB P

ORDER

Plaintiff is a former county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an application for leave to proceed in forma pauperis, but failed to properly respond to all of the questions asked therein. Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to file a properly completed application may result in dismissal of this action.

So ordered.

DATED: October 31, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE