UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>    Defendant. | No. 2:16-cv-2537-EFB P<br><br><br><br>ORDER |

Plaintiff is a former county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has submitted a second application for leave to proceed in forma pauperis, but like his first application, has failed to properly respond to all of the questions asked therein. Accordingly, the request (ECF No. 5) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis.  The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis.  Plaintiff has 30 days from the date of service of this order to submit the properly completed application.  Failure to comply with this order may result in dismissal.

   So ordered.

DATED:  December 5, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE