UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>Defendant. | No. 2:16-cv-2537-MCE-EFB P<br><br>ORDER |

Plaintiff, a former county inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2018, are adopted in full.

2. Plaintiff's motion for reconsideration (ECF No. 18) is granted and the Clerk is

1

directed to vacate the September 13, 2017 order (ECF No. 16) and judgment (ECF No. 17) and reopen the case.

3. The Clerk is directed to re-serve plaintiff with a copy of the court's August 2, 2017 screening order (ECF No. 15).

4. Plaintiff is granted 30 days from the date of this order to file an amended complaint curing the deficiencies identified in the magistrate judge's August 2, 2017 screening order and is warned that failure to do so may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated: June 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE