1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK BLACKSHIRE,                          No. 2:16-cv-2537-MCE-EFB P

12                 Plaintiff,

13        v.                                       ORDER

14   SACRAMENTO COUNTY SHERIFF,

15                 Defendant.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  After dismissal of the original complaint pursuant to 28 U.S.C. § 1915A, plaintiff

19   has filed an unsigned, amended complaint.

20        Congress mandates that district courts engage in a preliminary screening of cases in which

21   prisoners seek redress from a governmental entity or officer or employee of a governmental

22   entity.  28 U.S.C. § 1915A(a).  The court must identify cognizable claims or dismiss the

23   complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to

24   state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who

25   is immune from such relief."  *Id.* § 1915A(b).

26        The court cannot conduct the required screening of plaintiff's amended complaint because

27   plaintiff has not signed it.  *See* ECF No. 21.  Rule 11 of the Federal Rules of Civil Procedure

28   requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one

                                                  1

attorney of record in the attorney's name—or by a party personally if the party is unrepresented."

Fed. R. Civ. P. 11(a). Because plaintiff did not sign the amended complaint (ECF No. 21), it will

be disregarded. Within thirty days, plaintiff may file an amended complaint that is signed.

Failure to comply with this order may result in a recommendation that this action be dismissed for

failure to prosecute

     So ordered.

Dated: June 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE